# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CORNELIUS SHARPE,

    Plaintiff,

vs.

F&F PRODUCTIONS, LLC,

    Defendant.

Case No. 8:20-cv-02770-T-60-JSS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Cornelius Sharpe ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a), hereby files this Notice of Voluntary Dismissal with prejudice and hereby dismisses with prejudice his action and each of his claims against Defendant F&F Productions, LLC. Each party shall bear his or its own attorneys' fees and costs.

Dated:  January 12, 2021

Respectfully submitted,

REMER & GEORGES-PIERRE, PLLC

/s/ *Max L. Horowitz*
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637
Max L. Horowitz, Esq.
Florida Bar No.: 118269
44 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 416-5000- Telephone
(305) 416-5005- Facsimile
Email: agp@rgpattorneys.com
mhorowitz@rgpattorneys.com

*Attorneys for Plaintiff Cornelius Sharpe*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record

/s/ Max L. Horowitz
Max L. Horowitz